### 14349.   DIAL *v.* THE STATE.

LUKE, J.  The defendant was accused and convicted of the offense of malicious mischief.   The sole assignment of error is that the evidence does not authorize the verdict.   This court cannot say that there was no evidence to authorize the verdict.   The trial judge having approved the verdict, it was not error to overrule the motion for a new trial.   *Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*
                    DECIDED MAY 15, 1923.

Accusation of malicious mischief; from city court of Newnan — Judge Post.   February 13, 1923.

*Stanford Arnold,* for plaintiff in error.

*W. L. Stallings, solicitor,* contra.